RECEIVED
IN LAKE CHARLES, LA.

OCT 04 2016

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MAYSON JOHN** | * | **CIVIL ACTION NO. 2:15-CV-01701** |
| **D.O.C. # 376406** | * | |
| | * | |
| v. | * | **JUDGE MINALDI** |
| | * | |
| **IVY J. WOODS, et al.** | * | |
| | * | **MAGISTRATE JUDGE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 18) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law.

**IT IS ORDERED** that the plaintiff's 28 U.S.C. § 1983 claims alleging retaliation, discrimination, verbal abuse and harassment/defamation, inadequate access to the courts/law library, and inadequate general conditions of confinement are **DISMISSED WITH PREJUDICE** as to all defendants as frivolous and for failing to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that the plaintiff's § 1983 claims alleging that he was denied medical care against defendants Locke, Coker, Thibedeaux, Foster, Schexnayder, Brown, and Daigle are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted. The plaintiff's § 1983 claim against Drs. David Hardy and Richard Edwards alleging he was denied medical care are to be served in accordance with the Magistrate Judge's orders. (Rec. Docs. 19, 21).

**IT IS FURTHER ORDERED** that the plaintiff's § 1983 claims alleging excessive force against Gerald Cox should be served in accordance with the Magistrate Judge's orders. (Rec. Docs. 19, 21).

Lake Charles, Louisiana, this 3 day of Oct , 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE