RECEIVED
JAN 1 3 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **MAYSON JOHN** | : | **DOCKET NO. 15-cv-1701** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **GERALD COX, ET AL** | : | **MAGISTRATE JUDGE KAY** |

### ORDER

At the request of Judge Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

THUS DONE AND SIGNED this 12 day of January, 2017.

_____
**DEE D. DRELL**
Chief Judge