UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MAYSON JOHN<br>D.O.C. # 376406 | * <br> * <br> * | CIVIL ACTION NO. 2:15 -CV-01701 |
| VERSUS | * <br> * <br> * | JUDGE WALTER |
| IVY J. WOODS, ET AL. | * <br> * <br> * | MAGISTRATE JUDGE KAY |

*******************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 32) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that defendant Dr. Richard Edwards III's Motion to Dismiss (Rec. Doc. 29) is **GRANTED**, and all claims against Dr. Edwards are **DISMISSED WITHOUT PREJUDICE.**

Thus done and signed this 17 day of January, 2017.

UNITED STATES DISTRICT JUDGE

1